**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TERRY TRYALS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3653 |
| | § | |
| | § | |
| ALTAIRSTRICKLAND, LP, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Consistent with this court's Memorandum and Opinion issued today, this case is dismissed with prejudice.

This is a final judgment.

SIGNED on February 26, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge